UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER APOSHIAN,<br><br>       Plaintiff,<br><br> -against-<br><br>STANLEY WOLFSON, RUSCHMEYER HOSPITALITY GROUP LLC, THE REAL HOSPITALITY GROUP, LLC., JOHN PARKER, BEN SEIDEL, STEVEN GOLDMAN, U.S BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-GC30,<br><br>       Defendants. | 2:20-cv-04349(SJF)(ARL)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that Jacques Catafago hereby appears in this action on behalf of Defendants Ruschmeyer Hospitality Group LLC and Stanley Wolfson.

  Undersigned counsel, Jacques Catafago, hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
   December 4, 2020

                          **CATAFAGO FINI LLP**

                          *Jacques Catafago*
                          Jacques Catafago, Esq.
                          CATAFAGO FINI LLP
                          The Empire State Building
                          350 Fifth Avenue, Suite 7710
                          New York, NY 10118
                          (212) 239-9669
                          jacques@catafagofini.com
                          *Attorneys for Defendants*