# Activities Export

05/26/2022
11:43 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/26/2022 | $ | Adrew Kimler mediation fee<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 1.00 | 300.00 | - | 300.00 |
| 04/28/2022 | ⏲ | Draft Settlement Agreement: draft NYLL settlement<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 2.00h | 350.00 | - | 700.00 |
| 04/28/2022 | ⏲ | Fairness letter- Draft/Review: Draft cheeks fairness letter<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 2.00h | 350.00 | - | 700.00 |
| 04/28/2022 | ⏲ | Draft Settlement Agreement: Draft and email the initial settlement agreement<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 2.00h | 350.00 | - | 700.00 |
| 04/19/2022 | ⏲ | Collect and review client documents: Review and compare time records with jordan<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | Nathaly Heraldez | 0.25h | 150.00 | - | 37.50 |
| 02/07/2022 | ⏲ | Mediation: Phone call with mediator for scheduling. (Nathaly Heraldez)<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.34h | 150.00 | - | 51.00 |
| 02/07/2022 | ⏲ | Mediation: Phone call with mediator for scheduling<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.34h | 350.00 | - | 119.00 |
| 12/22/2021 | ⏲ | Phone Call Wih Opposing | 00142-Aposhian | jordan El- | 0.17h | 350.00 | - | 59.50 |

|  |  |  |  |  |  |  | $0.00 | $8,310.75 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 0.0h | 22.06h |

# Activities Export

05/26/2022
11:43 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Counsel: Phone call with adam sherman re. settlement and mediation<br>● Unbilled | unpaid wages against stanley wolfson and real hospitality group. | Hag | | | | |
| 12/22/2021 | ⏱ | Phone Call Wih Opposing Counsel: Phone call with elena yun re. settlement<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.42h | 350.00 | - | 147.00 |
| 11/11/2021 | ⏱ | Prepare Discovery Demand Responses: Gather and organize discovery documents, create electronic interrogatory form, receive responses from clients, bates stamp and email out.<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 2.00h | 350.00 | - | 700.00 |
| 10/01/2021 | ⏱ | Draft Letter Motion: Draft and file letter motion for initial conference. Document: 2020.10.1 Letter motion for initial conference.filed.pdf<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.25h | 350.00 | - | 87.50 |
| 02/04/2021 | ⏱ | Drafting Motion: Finalize and file MOL in opposition to defendant's motion to dismiss<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 1.00h | 350.00 | - | 350.00 |
| 02/03/2021 | ⏱ | Drafting Motion: Drafting MOL in opposition to defendant's motion to dismiss<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 2.00h | 350.00 | - | 700.00 |
| | | | | | | | $0.00<br>0.0h | $8,310.75<br>22.06h |

# Activities Export

05/26/2022
11:43 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/31/2021 | 🕐 | Drafting Motion: Read Defendants MOL, conduct legal research, begin drafting MOL in opposition.<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 4.25h | 350.00 | - | 1,487.50 |
| 01/12/2021 | 🕐 | Review Answer to Complaint: Dowload and review RHG answer to complaint<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.34h | 350.00 | - | 119.00 |
| 12/04/2020 | 🕐 | amend pleadings: Amend complaint, file via ECF, and email to defense attorneys.<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.50h | 350.00 | - | 175.00 |
| 12/01/2020 | 🕐 | Send email: Email opposing counsel Wayland and Yun about a settlement.<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.09h | 350.00 | - | 31.50 |
| 12/01/2020 | 🕐 | Phone Call Wih Opposing Counsel: Phoen call with Jacqueline Wayland about amending the complaint<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.09h | 350.00 | - | 31.50 |
| 10/27/2020 | 🕐 | Phone Call Wih Opposing Counsel: Phone call with Elena (RHG attorney) she indicated she was just retained and was going to send me the waiver of service form. Had some discussions re. settlement.<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.34h | 350.00 | - | 119.00 |
|  |  |  |  |  |  |  | $0.00<br>0.0h | $8,310.75<br>22.06h |

# Activities Export

05/26/2022
11:43 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/01/2020 | ⏱ | File Papers In Court: Review and file affidavits of service from process server for Ruschmeyers and real hospitality group<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.25h | 350.00 | - | 87.50 |
| 09/21/2020 | $ | Mailing of request for waiver of service to stanley wolfson and ruschmeyers<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 1.00 | 7.75 | - | 7.75 |
| 09/16/2020 | $ | Federal court filing fee<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 1.00 | 400.00 | - | 400.00 |
| 09/16/2020 | ⏱ | File Papers In Court: download and fill out civil cover sheet and proposed summons. Efile complaint, summons, and civil cover sheet<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.67h | 350.00 | - | 234.50 |
| 09/16/2020 | ⏱ | Phone call- client: Phone call with client re. complaint and edits<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.17h | 350.00 | - | 59.50 |
| 09/16/2020 | ⏱ | Send email: Send and recieve email from client re. edits.<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.17h | 350.00 | - | 59.50 |
| 09/11/2020 | ⏱ | Draft Complaint: Draft initial complaint and send to client for review. | 00142-Aposhian unpaid wages against stanley wolfson and real | jordan El-Hag | 2.00h | 350.00 | - | 700.00 |

|  |  |
|---|---|
| $0.00 | $8,310.75 |
| 0.0h | 22.06h |

# Activities Export

05/26/2022
11:43 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | hospitality group. | | | | | |
| 07/14/2020 | 🕐 | Phone Call: Phone call with Michael Yi, representative for Real Hospitality group.<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.17h | 350.00 | - | 59.50 |
| 07/14/2020 | 🕐 | Phone call- client: Phone call with client re. next steps and additional information<br>● Unbilled | 00142-Aposhian unpaid wages against stanley wolfson and real hospitality group. | jordan El-Hag | 0.25h | 350.00 | - | 87.50 |
| | | | | | | | **$0.00**<br>0.0h | **$8,310.75**<br>22.06h |